FILED

2017 JAN 25  AM 10: 42

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>DAVID SILVA | PLAINTIFF<br><br>DEFENDANT | CASE NUMBER:<br>17 MJ 00123-1<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 1/25/17  9:00  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   21 USC 846   CONSPIRACY TO DIST COCAINE

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: E

7. Year of Birth: 1988

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: NINETTA SMITH

10. Remarks (if any): _____

11. Name: TIFFANY LAMPHERE  (please print)

12. Office Phone Number: 818-821-9524       13. Agency: ATF

14. Signature: _____       15. Date: 1/25/17

CR-64 (2/14)                REPORT COMMENCING CRIMINAL ACTION